Arnold L. Graff (SBN 269170)
agraff@aldrdigepite.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for
CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAXIMINO BARTOLOME CRISOSTOMO AND GLORIA ABRENICA CRISOSTOMO,<br><br>Debtors. | Case No. 10-71473-CDN<br><br>Chapter 13<br><br>R.S. No.  ALG-186<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**<u>Hearing</u>**:<br>Date:   December 4, 2015<br>Time:  10:00 a.m.<br>Place:  1300 Clay Street, Ctrm 215<br>            Oakland, CA  94612 |

CitiMortgage, Inc. ("Movant or Creditor")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 37146  Elm Street, Fremont, California  94536 ("Property").

CitiMortgage, Inc. services the loan on the property referenced in this Motion for Relief from Automatic Stay. In the event the automatic stay in this case is modified, this case dismisses,

---

[1] This Motion for Relief from Automatic Stay shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of CitiMortgage, Inc. ("Noteholder"). Noteholder directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

ALDRIDGE PITE, LLP

Dated: October 27, 2015  _____ (SBN 269170)
ARNOLD L. GRAFF
Attorneys for Movant CitiMortgage Inc.