1  Arnold L. Graff (SBN 269170)
   agraff@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
   jcdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
   Attorneys for
7  CitiMortgage Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 10-71473-CDN |
| MAXIMINO BARTOLOME CRISOSTOMO AND GLORIA ABRENICA CRISOSTOMO, | Chapter 13 |
| | R.S. No. ALG-186 |
| Debtor(s). | **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | **Hearing**: |
| | Date:  December 4, 2015 |
| | Time:  10:00 a.m. |
| | Place: 1300 Clay Street, Ctrm 215 |
| |         Oakland, CA 94612 |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on December 4, 2015, at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 215 of the above entitled Court, located at 1300 Clay Street, Oakland, CA 94612, there will be a preliminary hearing on CitiMortgage Inc.'s Motion for Relief from Automatic Stay ("Motion") made pursuant to 11 U.S.C. § 362(d) and

Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Honorable Charles D. Novack.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION**.

The Motion is based on the Motion, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**ALDRIDGE PITE, LLP**

Dated: *October 27, 2015*     _____ (SBN 269170)
ARNOLD L. GRAFF
Attorneys for Movant CitiMortgage Inc.