

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed December 14, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-71473 CN |
| **MAXIMINO BARTOLOME CRISOSTOMO and GLORIA ABRENICA CRISOSTOMO,** | Chapter 13 |
| Debtors. | <u>ORDER ALLOWING CASE TO REMAIN OPEN</u> |

The Court having considered the Debtors' Ex-Parte Motion to Allow Case to Remain Open and good cause appearing;

**IT IS ORDERED** that the debtors' case remain open to allow debtors to enter into a stipulation with the Chapter 13 trustee or in the alternative to file a motion to satisfy a secured claim.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'